UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NADJA THOMPSON** | * CIVIL ACTION |
| Plaintiff | * |
| | * |
| | * NO. 19-14672 |
| Versus | * |
| | * SECTION: "D"(2) |
| **ROUSE'S ENTERPRISES, LLC d/b/a** | * |
| **ROUSE'S SUPERMARKET,** | * |
| **ROUSE LAND COMPANY, LLC** | * |
| **& ABC INSURANCE COMPANY** | * |
| Defendant | * |

*********************************************

# ANSWER

**NOW INTO COURT**, through undersigned counsel, come the defendants, **ROUSES ENTERPRISES, LLC and ROUSE LAND COMPANY, LLC**, who for answer to the petition of the plaintiff, respectfully represents the following:

1.

The allegations of Paragraph 1, including its sub-parts, are denied. Further answering, defendants admit their procedural capacity.

2.

The allegations of Paragraph 2 are denied. Defendants call for strict proof of said allegations.

3.

The allegations of Paragraph 3 are denied as written.

4.

The allegations of Paragraph 4 are denied as written. Defendants call for strict proof of said allegations.

5.

The allegations of Paragraph 5 are denied as written. Further answering, it is believed that Rouses Enterprises, LLC owned the store at that location.

6.

The allegations of Paragraph 6 are denied as written.

7.

The allegations of Paragraph 7, including its sub-parts, are denied. Defendants call for strict proof of said allegations.

8.

The allegations of Paragraph 8, including its sub-parts, are denied. Defendants call for strict proof of said allegations.

9.

The allegations of Paragraph 9 are denied, except to admit that if there is a policy of insurance issued to Rouses Enterprises, LLC and/or Rouse Land Company, LLC, then said policy is the best evidence of its terms, coverages, and contents. Defendant affirmatively alleges and pleads the terms, coverages, and contents of any policy of insurance issued herein to it as if copied herein *in extenso*.

10.

The allegations, statements, and conclusions contained in the prayer of plaintiff's petition are denied.

11.

Defendants demand a trial by jury.

**AND NOW FURTHER ANSWERING** the allegations of plaintiff's petition, defendants respectfully represent the following:

12.

In the event it is determined that there is comparative fault, third-party fault, a failure to reasonably mitigate damages, then defendants affirmatively allege and plead these defenses.

13.

Defendants affirmatively allege and plead the terms, coverages, and contents of any policy of insurance issued herein to it, as if copied herein *in extenso*.

**WHEREFORE,** the defendants respectfully pray that:

I.   Their answer be deemed good and sufficient, and that, after all due delays and proceedings are had, there be judgment rendered herein in favor of defendants and against plaintiff, dismissing her petition and cause of action with prejudice and at plaintiff's costs;

II.   In the event that judgment is rendered in favor of plaintiff and against defendants, that any recovery granted in favor of plaintiff be reduced in proportion to the degree or percentage of plaintiff's comparative fault and in proportion to the fault of a third party, and in proportion to plaintiff's failure to reasonably mitigate her alleged damages;

III.   Defendants be entitled to a trial by jury; and

IV.   The Court grant defendants all general and equitable relief.

Respectfully submitted,

*s/ Michael G. Gee*

**MICHAEL G. GEE (20193)**
Porteous, Hainkel & Johnson, L.L.P.
211 West Fifth Street
Thibodaux, LA  70301-3199
Telephone:  (985) 446-8451
ATTORNEYS FOR ROUSES
ENTERPRISES, LLC and ROUSE LAND
COMPANY, LLC

## CERTIFICATE OF SERVICE
### Answer

I hereby certify that on **January 9, 2020**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and I have also provided a copy of this pleading with attachments by email to the following:

J. Bart Kelly, III
909 Poydras Street, Suite 1625
New Orleans, LA  70112
Email: bart@akdlalaw.com
*Counsel for Plaintiff, Nadja Thompson*

*s/ Michael G. Gee*
**MICHAEL G. GEE**

4815-8593-7070, v. 1

4